Luis M. CARRASQUILLO, Petitioner,

v.

DEPARTMENT OF AGRICULTURE, Respondent.

No. 04–3160.

United States Court of Appeals, Federal Circuit.

DECIDED: July 12, 2004.

Domenique Kirchner, Principal Attorney, David M. Cohen, of Counsel, Depart-

ment of Justice, Washington, DC, for Respondent.

Luis M. Carrasquillo, of Counsel, Aguada, PR, pro se.

### ORDER

On June 2, 2004, the court issued an order allowing Luis M. Carrasquillo ("Carrasquillo") 30 days to advise the court that he had dismissed his pending petition for review at the Merit Systems Protection Board. Carrasquillo has failed to advise us that he has complied with that order. Carrasquillo has also failed to pay the filing fee at this court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.